**In re HISATO SHINOHARA and Akira Sugawara.**

No. 2011–1226.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2011.

Eric J. Robinson, Robinson Intellectual Property Law Offices, P.C., of Fairfax, VA, for appellant. With him on the brief was Sean C. Flood.

Nathan K. Kelley, Associated Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA. With him on the brief were Raymond T. Chen, Solicitor, and Robert J. McManus, Associate Solicitor.

RADER, Chief Judge, NEWMAN and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**